IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Barbara E

Printed: 3/4/08

Case Number: 04 B 20131
Judge: Wedoff, Eugene R
Filed: 5/24/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 8, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 38,615.00 | |
| Secured: | | 18,619.16 |
| Unsecured: | | 15,814.44 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 2,075.40 |
| Other Funds: | | 6.00 |
| Totals: | 38,615.00 | 38,615.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,100.00 | 2,100.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Gross, Jack & Sandra | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | CitiFinancial | Secured | 0.00 | 0.00 |
| 7. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 8. | CitiFinancial | Secured | 0.00 | 0.00 |
| 9. | CitiFinancial Mortgage | Secured | 3,675.84 | 3,675.84 |
| 10. | HomeComings Financial Network | Secured | 2,430.90 | 1,048.81 |
| 11. | Gross, Jack & Sandra | Secured | 2,459.00 | 2,459.00 |
| 12. | CitiFinancial | Secured | 636.10 | 636.10 |
| 13. | Wells Fargo Fin Acceptance | Secured | 10,799.41 | 10,799.41 |
| 14. | HomeComings Financial Network | Unsecured | 600.00 | 0.00 |
| 15. | HomeComings Financial Network | Unsecured | 600.00 | 112.50 |
| 16. | HomeComings Financial Network | Unsecured | 550.00 | 53.64 |
| 17. | ECast Settlement Corp | Unsecured | 1,877.76 | 3,319.56 |
| 18. | Sherman Acquisition | Unsecured | 1,589.03 | 2,809.11 |
| 19. | Resurgent Capital Services | Unsecured | 574.75 | 1,016.06 |
| 20. | Credit Card Center | Unsecured | 1,186.71 | 2,097.91 |
| 21. | Nicor Gas | Unsecured | 135.21 | 0.00 |
| 22. | Emerge Mastercard | Unsecured | 163.90 | 289.74 |
| 23. | ECast Settlement Corp | Unsecured | 220.57 | 389.95 |
| 24. | Wells Fargo Fin Acceptance | Unsecured | 2,288.14 | 4,045.04 |
| 25. | Premier Bankcard | Unsecured | 90.71 | 160.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Barbara E

Printed: 3/4/08

Case Number: 04 B 20131
Judge: Wedoff, Eugene R
Filed: 5/24/04

| | | | | |
|---|---|---|---|---|
| 26. | Americash Loans, LLC | Unsecured | 175.87 | 310.93 |
| 27. | American General Finance | Unsecured | 684.25 | 1,209.62 |
| 28. | Home Depot | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 32. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 33. | CitiFinancial | Unsecured | | No Claim Filed |
| 34. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 35. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 36. | Pay Day Loans | Unsecured | | No Claim Filed |
| 37. | Gross, Jack & Sandra | Unsecured | | No Claim Filed |
| 38. | Alliance One | Unsecured | | No Claim Filed |
| 39. | Ingalls Same Day Surgery | Unsecured | | No Claim Filed |
| | | | $ 32,838.15 | $ 36,533.60 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 585.49 |
| 4% | 63.39 |
| 3% | 70.01 |
| 5.5% | 386.09 |
| 5% | 114.74 |
| 4.8% | 225.92 |
| 5.4% | 629.76 |
| | $ 2,075.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

______________________________